United States District Court
Southern District of Texas
**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAWN E. O'BRIEN, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-03621 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WASTE MANAGEMENT | § | |
| INC and JOHN DOES | § | |
| 1-10, | § | |
| Defendants. | § | |

## ORDER

The parties have provided joint notice of settlement of their dispute. Dkt 21.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on January 28, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge